**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NORMAN R. SISNEROS, Plaintiff, vs. FRANK BISIGNANO, Commissioner of Social Security, Defendant. | Case No: 2:26-cv-04968-MWF-CTS<br>**~~[PROPOSED]~~ JUDGMENT** |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: **September 14, 2026**

HON. CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE